IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No. 3:17-mj-411 |
| ) | |
| v. ) | |
| ) | |
| FRAUSTO ANTONIO LOPEZ ) | |

## ORDER UNSEALING COMPLAINT AND ARREST WARRANT

UPON MOTION of the United States of America for an order directing that the criminal Complaint and the arrest Warrant in the above-captioned case be unsealed,

IT IS HEREBY ORDERED that the criminal Complaint and the arrest Warrant be unsealed.

The Clerk is directed to send a copy of this Order to the United States Attorney's Office via email to steven.kaufman@usdoj.gov.

SO ORDERED this 5th day of December 2017.

HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE